UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) | CRIMINAL NO. 08mj2143 |
| vs. | ) ) ) | ORDER |
| Avila-Solache; Jimenez-Almarez | ) ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) ) | Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Hector Perez-Martinez

DATED: 7/25/08

LEO S. PAPAS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk

J. PARIS